IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANDRELLA KING,                          )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )    Civil Action No.
                                        )
BAYER CORPORATION,                      )    $\bigcirc$ 5CV 11714 RCL
                                        )
         Defendant.

## DECLARATION OF WILLIAM J. KLEMICK

1. I am currently employed by Bayer Corporate and Business Services, LLC, an affiliate of Bayer Corporation, as a Director and Senior Counsel, a position I have held since April 2001. My responsibilities include labor and employment legal matters for Bayer companies across the country.

2. Attached hereto as Attachment 1 is a true and correct copy of a Lexis printout identifying Bayer Corporation as an Indiana corporation with a business address of 100 Bayer Road, Pittsburgh, PA 15205.

3. Attached hereto as Attachment 2 is a true and correct printout from Bayer's HRIS system listing plaintiff's final annual base salary at $62,530.

4. I make this declaration based upon my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of August 2005.

_____
William J. Klemick

FOCUS - 23 Results - "bayer corpor.. ..on"

Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation
Information > **Combined Business and Corporation Information** ⓘ
Terms: "bayer corporation" (Edit Search)
Focus: **"bayer corporation" and massachusetts** (Exit FOCUS™)

←Select for FOCUS™ or Delivery

☐

### MASSACHUSETTS SECRETARY OF THE COMMONWEALTH

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

### CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

### MASSACHUSETTS SECRETARY OF THE COMMONWEALTH

## Company Name: BAYER CORPORATION

**Business Address:**
100 BAYER RD
PITTSBURGH, PA 15205

**Type:** FOREIGN CORPORATION

**Status:** ACTIVE

**Filing Date:** 8/7/1987

**State or Country of Incorporation:** INDIANA

**Foreign Incorporation Date:** 3/6/1986

**Registered Agent:** CT CORPORATION SYSTEMS

**Registered Office:**
101 FEDERAL STREET
BOSTON, **MA** 02110

**Additional Information:** Consent: NO; Partnership: NO; Manufacturer: NO; Confidential Data: NO; For
Profit: NO; Annual Report Required: YES; Resident Agent: NO

**Federal Employer ID Number:** 251339219 (Old FEIN: 001002334)

**Fiscal Year Begin Date:** 12/31

**Officers, Directors:**
JOHN R. WYNE
TREASURER
100 BAYER ROAD
PITTSBURGH, PA 15205-9741

HELGE H. WEHMEIER
PRESIDENT
100 BAYER ROAD
PITTSBURGH, PA 15205-9741

*ATTACHMENT I*

**History:**
File Date: 5/3/2005
Type: ANNUAL REPORT CORP FORM
Comments: Report Year: 2004

File Date: 3/31/2004
Type: ANNUAL REPORT CORP FORM
Comments: Report Year: 2003

File Date: 7/17/2003
Type: ANNUAL REPORT CORP FORM
Comments: Report Year: 2002

File Date: 6/5/2003
Type: ANNUAL REPORT CORP FORM
Comments: Report Year: 2002

File Date: 5/2/2002
Type: ANNUAL REPORT CORP FORM
Comments: Report Year: 2001

File Date: 7/23/2001
Type: ANNUAL REPORT CORP FORM
Effective Date: 7/23/2001
Comments: Report Year: 2000

File Date: 8/4/2000
Type: ANNUAL REPORT CORP FORM
Effective Date: 8/4/2000
Comments: Report Year: 1999

File Date: 7/1/1999
Type: ANNUAL REPORT CORP FORM
Effective Date: 7/1/1999
Comments: Report Year: 1998

File Date: 5/13/1998
Type: ANNUAL REPORT CORP FORM
Effective Date: 5/13/1998
Comments: Report Year: 1997

File Date: 4/21/1997
Type: ANNUAL REPORT CORP FORM
Effective Date: 4/21/1997
Comments: Report Year: 1996

File Date: 4/18/1996
Type: ANNUAL REPORT CORP FORM
Effective Date: 4/18/1996
Comments: Report Year: 1995

File Date: 5/18/1995
Type: AMENDED FOREIGN CORPORATIONS CERTIFICATE CORP FORM
Effective Date: 5/18/1995

File Date: 4/1/1995
Type: CERTIFICATE OF MERGER CORP FORM
Effective Date: 4/1/1995

File Date: 3/27/1995
Type: ANNUAL REPORT CORP FORM
Effective Date: 3/27/1995
Comments: Report Year: 1994

File Date: 4/9/1994
Type: ANNUAL REPORT CORP FORM
Effective Date: 4/9/1994
Comments: Report Year: 1993

File Date: 4/21/1993
Type: ANNUAL REPORT CORP FORM
Effective Date: 4/21/1993
Comments: Report Year: 1992

File Date: 5/28/1992
Type: ANNUAL REPORT CORP FORM
Effective Date: 5/28/1992
Comments: Report Year: 1991

File Date: 4/12/1991
Type: ANNUAL REPORT CORP FORM
Effective Date: 4/12/1991
Comments: Report Year: 1990

File Date: 3/23/1990
Type: ANNUAL REPORT CORP FORM
Effective Date: 3/23/1990
Comments: Report Year: 1989

File Date: 4/12/1989
Type: ANNUAL REPORT CORP FORM

Effective Date: 4/12/1989
Comments: Report Year: 1988


File Date: 3/10/1988
Type: ANNUAL REPORT CORP FORM
Effective Date: 3/10/1988
Comments: Report Year: 1987


File Date: 8/7/1987
Type: FOREIGN CORPORATION CERTIFICATE CORP FORM
Effective Date: 8/7/1987


Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation
          Information > **Combined Business and Corporation Information**
Terms: "bayer corporation" (Edit Search)
Focus: **"bayer corporation" and massachusetts** (Exit FOCUS™)
View: Full
Date/Time: Wednesday, August 17, 2005 - 11:30 AM EDT


About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

```
10I1 12I EMPLOYEE BASE 1    EMP# 322930      EFF DATE 09252003    DOC# 000166
                            NAME KING,ANDRELLA E

STATUS SQ TERMINATE (PAY E COMMENTS     SEPARATION          EFF DATE 09252003
HR STATUS T  TERMIN        EMP CAT RF REGULAR FULL-TIME     LAST HIRE 01201997
ADJ SVC: 01201997    LOA START 09252003  LOA END 00000000  TERM DATE 09252003
ORIG HIRE: 01201997  LAST DAY: 09102003  BEN STOP: 09252003 PAY STOP: 09252003

COMP CC CATEGORY CHANGE    EFF DATE 09252003   BASE RATE   62530.00   FREQ A
STD EARN# 207              SCHD HOURS  80.00
EARN# 407 RECOGN AWD       TYPE R REC AWARD

POS SC SEPARATION          EFF DATE 09252003
JOB CODE EN1302 SR ENGINEER                   SALARY GRADE M08
FLSA E                     EEO CAT 02         SHIFT CD
PAY ENTITY 05208           SENIORITY 00000000 UNION
CO    *                    COST CTR. 8661211   NPT TECH OPS
DEPARTMENT                 LOCATION MA024      WALPOLE

PRIOR STATUS ACTION TO UNPAID TEMP. SEV. LEAV  EFF DATE 09252003
PRIOR COMP ACTION CATEGORY CHANGE              EFF DATE 09252003
PRIOR POS ACTION TAX ENTITY TRANSFER           EFF DATE 01012003

TS0010-ENTER NUMBER
```

*ATTACHMENT 2*