IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRELLA KING, <br><br>    Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 05-CV-11714-RCL <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Bayer Corporation states that it is a wholly owned subsidiary of Bayer Aktiengesellschaft, a Germany company, American Depository Shares of which are publicly traded on the New York Stock Exchange.

Respectfully submitted,

**BAYER CORPORATION**

By its attorneys,

*/s/ Sandy S. Shen/*
Peter F. Carr, II, Esquire (BBO# 600069)
Sandy S. Shen, Esquire (BBO# 646961)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899

DATED: August 29, 2005

{K0309183.1}