IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANDRELLA KING, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-11714-RCL
)
BAYER CORPORATION, )
)
Defendant. )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this action shall be dismissed, with prejudice, each party to bear its own costs and all rights to appeal are hereby waived.

ANDRELLA KING

By her attorneys:

_____
Alford & Bertrand, LLC
Sixty Arsenal Street
P.O. Box 332
Watertown, MA 02471-0322
Tel: (617) 342-6800

BAYER CORPORATION

By its attorneys:

_____
Devorah Levine
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel: (617) 342-6800